■ JOHN KING et al., Respondents-Appellants, v COMPUTER CONSOLES, INC., et al., Appellants-Respondents. (Appeal No. 3.) [709 NYS2d 461] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stander, J. (Appeals from Judgment of Supreme Court, Monroe County, Stander, J.—Contract.) Present—Pigott, Jr., P. J., Pine, Scudder and Lawton, JJ.

■ In the Matter of MICHAEL MINTON, Petitioner, v JAMES F. NEWTON, as Superintendent of Watertown Correctional Facility, Respondent. [708 NYS2d 684] —Determination unanimously confirmed without costs and petition dismissed (see, Matter of Nelson v Coughlin, 188 AD2d 1071, appeal dismissed 81 NY2d 834). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Jefferson County, Gilbert, J.) Present—Hayes, J. P., Wisner, Hurlbutt, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES J. DUNN, Appellant. (Appeal No. 1.) [708 NYS2d 688] —Judgment unanimously affirmed. Memorandum: By failing to move to withdraw the plea or to vacate the judgment of conviction, defendant failed to preserve for our review his contention that his guilty plea was not knowingly, voluntarily and intelligently entered (see, People v Maeweather, 248 AD2d 994, lv denied 92 NY2d 855; People v Garrow [appeal No. 1], 233 AD2d 856, lv denied 89 NY2d 942). This case does not come within the narrow exception to the preservation rule (see, People v Lopez, 71 NY2d 662, 665-666). In any event, the record establishes that defendant knowingly, voluntarily and intelligently waived his rights when pleading guilty (see, People v Harris, 61 NY2d 9, 17; People v Sargent, 100 AD2d 978). Although defendant was not sentenced by the Judge who accepted the guilty plea, any error arising therefrom is harmless because defendant received the negotiated sentence. Finally, the sentence is not unduly harsh or severe. (Appeal from Judgment of Oneida County Court, Kirk, J.—Arson, 2nd Degree.) Present—Hayes, J. P., Wisner, Hurlbutt, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES J. DUNN, Appellant. (Appeal No. 2.) [708 NYS2d 925] —Judgment unanimously affirmed. Same Memorandum as in People v Dunn ([appeal No. 1] 272 AD2d 928 [decided herewith]). (Appeal from Judgment of Oneida County Court, Kirk, J.—Burglary, 2nd Degree.) Present—Hayes, J. P., Wisner, Hurlbutt, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES J. DUNN, Appellant. (Appeal No. 3.) [708 NYS2d 689]